# CONSENT TO JOIN FORM

Pursuant to 29 U.S.C. §216(b), I hereby consent to make a claim against Belmark Inc. ("Belmark") for overtime and/or any other claim for wages brought in this action against Belmark. If this case does not proceed collectively, I also consent to join any subsequent action to assert these claims against Belmark. I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Scott Diamond as class representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiff's counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. During the past three years, there were times that I worked for Belmark without being compensated with overtime compensation when I worked more than forty (40) hours in a workweek.

**NAME**:        __**Scott Diamond**_____
*Nombre*        Print Name

**SIGNATURE**:     __*Scott Diamond*_____
*Firma*         Sign Name

**DATE**:         __**May 24, 2022**_____
*Fecha*         Date

**PLEASE RETURN TO**:   WALCHESKE & LUZI, LLC
*Favor de regresar esta forma a*:

**BY U.S. MAIL**      235 N. Executive Drive, Suite 240
          Brookfield, Wisconsin 53005

           or

**BY FAX**        (262) 565-6469

           or

**BY E-MAIL**       contact@walcheskeluzi.com